Rel: December 12, 2025

STATE OF ALABAMA -- JUDICIAL DEPARTMENT
THE SUPREME COURT
OCTOBER TERM, 2025-2026

SC-2025-0025

Sheila Herd, as the personal representative of the Estate of Charles D. Bailey, deceased v. Park Manor Health and Rehabilitation, LLC; Northport Health Services, Inc.; NHS Operations, LLC; NHS Management, LLC; Northport Holding, LLC; and Northport Holding Operations, LLC (Appeal from Tuscaloosa Circuit Court: CV-24-900559).

STEWART, Chief Justice.

AFFIRMED. NO OPINION.

See Rule 53(a)(1) and (a)(2)(F), Ala. R. App. P.

Wise, Sellers, Cook, and Parker, JJ., concur.